O

FILED
CLERK, U.S. DISTRICT COURT

OCT - 8 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 98-1137 CAS-1 |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| | ) HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) Allegations of Violations of Probation/ |
| | ) Supervised Release Conditions) |
| ELIJIAH HARDGROVE | ) |
| | ) |
| Defendant. | ) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  [X]   the appearance of defendant as required; and/or

(B)  [X]   the safety of any person or the community.

//
//

The court concludes:

A. [X] Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: he will refrain from criminal activity - defendant committed another crime while on supervised release

(B) [X] Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: he will not obey conditions of release. also, Defendant lacks bail resources.

IT IS ORDERED that defendant be detained.

DATED: 10/8/13

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

2