O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR98-1137-CAS |
| Plaintiff, ) | |
| v. ) | JUDGMENT ON REVOCATION OF |
| 1. ELIJIAH IAN HARDGROVE, ) | SUPERVISED RELEASE |
| Defendant. ) | |
| _____ ) | |

On November 1, 2013 and January 27, 2014, this matter came before the Court on Petition on Probation and Supervised Release originally filed on May 10, 2005. Government counsel, Yasin Mohammad, the defendant and his appointed DFPD attorney, Callie Glanton-Steele, were present. The U.S. Probation Officer, Helene Hickman, was also present.

The defendant admitted to the allegations, in violation of his supervised release, as stated in the Petition filed on May 10, 2005. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on April 13, 1999.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant is hereby committed to the custody of the Bureau of Prisons for a term of nine (9) months.

1  Upon release from imprisonment, defendant shall be placed on supervised release for a
2  period of twenty-four (24) months, under the same terms and conditions previously
3  imposed.

FILE/DATED:   January 27, 2014

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK

By: ___/S/_____
R. Neal for C. M. Jeang, Deputy Clerk

2